# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 201__

*The Court of Appeals hereby passes the following order:*

**A12A2473. PRINE v. CHAILLAND, INC. et al.**

The appellant in this case filed a NOTICE OF INCOMPLETE FORWARDED RECORD; MOTION TO SUPPLEMENT THE RECORD, claiming that the clerk of the Superior Court of Butts County failed to transmit the record to this Court in accordance with OCGA § 5-6-43 (duties of trial court clerk with reference to preparation of transcript of record on appeal). Specifically, the appellant claims that the clerk omitted notes concerning verbal judge's orders as well as evidence tendered at a March 7, 2012 hearing. In response, the clerk stated that all documents filed of record were transmitted. This Court cannot determine whether required materials were omitted. Accordingly, the motion is hereby DENIED. Because the appellant claims that the record is incomplete, however, this case is hereby REMANDED to the Superior Court of Butts County where the appellant may file any appropriate motion for a determination of whether the appellate record is complete or for correction of the record. See OCGA §§ 5-6-43; 50-18-90 through 50-18-103 (Georgia Records Act); Court of Appeals Rules 17 through 21 (duties of trial court clerks with regard to preparation, certification, and transmittal of the record, transcript, and evidence); Superior Courts Common Records Retention Schedules (on file with the Georgia Administrative Office of the Courts).

After the entry of an order resolving this issue, the clerk of Superior Court of Butts County case shall transmit the record to this Court, including a copy of this

order. The case will be redocketed in this Court at that time with a new case number, and a notice of docketing will be issued. The appellant need not file another notice of appeal in the case.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/05/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*